**Order entered November 15, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00186-CR

**DANNY ARAGONMARQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-12099-U**

### ORDER

Before the Court is appellant's November 9, 2022 motion seeking a third extension of time to file appellant's brief. In the motion, appellant explains that the brief has not been filed because appellant and a member of appellant's family have informed appellate counsel that the family has retained attorney Scottie Allen to represent appellant in this appeal. The Court has not received any communication from Mr. Allen showing he is representing appellant. Appellant requests an

extension to November 23, 2022 so that appointed counsel may determine the status of appellant's representation and file the brief.

We **GRANT** appellant's motion and **ORDER** appellant to file, by **November 23, 2022**, either appellant's brief or a motion to substitute counsel. If appellant fails to comply with this order, the Court may abate this appeal so allow the trial court to conduct a hearing on the status of appellant's representation and brief.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE